**Order entered October 5, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00321-CR

### FRANCISCO JAVIER GIL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-81375-2019**

### ORDER

We **REINSTATE** this appeal.

We abated for the appointment of new counsel. On October 2, 2020, a supplemental clerk's record containing the appointment was filed with the Court. We **DIRECT** the Clerk to list Mitchell R. Nolte as counsel for appellant. All future correspondence shall be sent to Mr. Nolte at the address on file with the Court.

Appellant's brief is **DUE** November 20, 2020.

We **DIRECT** the Clerk to send copies of this order to the Honorable Angela Tucker, Presiding Judge, 199th Judicial District Court; Mitchell R. Nolte; and to the Collin County District Attorney's Office.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE